MARY CASSIDY, Respondent, *v.* CELIA CASSIDY, Appellant, et al., Defendant.

Submitted October 3, 1955; decided October 13, 1955.

*Charles G. Coster* and *John F. X. Finn* for motion.

*Myron Sulzberger, Jr.,* opposed.

Motion to vacate order of the Court of Appeals, dated September 19, 1955, dismissing the appeal herein granted and appeal reinstated upon the conditions that appellant serve and file the record on appeal and her brief within twenty days from the date of this order and that she be prepared to argue the appeal during the November, 1955, session of the Court of Appeals.